[No. 58137-6-I.   Division One.   August 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LEON STICKEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01567-1, James D. Cayce, J., entered April 24, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[Nos. 58139-2-I; 58386-7-I.   Division One.   August 27, 2007.]

WESTERN WASHINGTON CORPORATION OF SEVENTH DAY ADVENTISTS, *Respondent*, v. LORETTA A. RASMUSSEN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-2-25962-2, Laura C. Inveen, J., entered May 5, 2005. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Cox, JJ.

[No. 58316-6-I.   Division One.   August 27, 2007.]

*In the Matter of the Guardianship of* GERTRUDIS HEALEY.

TIMOTHY J. HEALEY, *as Guardian*, ET AL., *Appellants*, v. MALAVOTTE & ASSOCIATES, *as Guardian*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-4-04281-5, Julie Spector, J., entered May 4, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 58623-8-I.   Division One.   August 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. HUYEN BICH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10104-9, Richard D. Eadie, J., entered July 27, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Coleman, J.